In the Matter of the Proceeding to Set Aside the Decree Settling the Judicial Account of Executors and to Compel the Cancellation and Discharge of Bond and Mortgage and the Refunding of Interest in the Estate of SAMUEL PLATT, Deceased. GERTRUDE P. THORNER, Executrix, and SIMON M. PLATT, Executor, Appellants; HATTIE P. WOLFF and DAVID S. STOLL, Petitioners, Respondents.— Decree, so far as appealed from, unanimously modified by providing that the costs of the reference be payable out of the estate, and as so modified affirmed, with costs of appeal to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of SIGMUND WECHSLER, Deceased. Application of STELLA WECHSLER for Payment of Income. STELLA WECHSLER, Petitioner, Appellant; IRVING TRUST COMPANY, Trustee, Respondent; CATHERINE W. PALMER (Formerly CATHERINE WECHSLER), RICHARD S. WECHSLER and VIRGINIA W. FIELDS, Respondents.— Order unanimously affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.